942

No. 00–1174. FULTON COUNTY, GEORGIA, ET AL. *v.* WEBSTER ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1178. FINE ET AL. *v.* AMERICA ONLINE, INC. Ct. App. Ohio, Lorain County. Certiorari denied.

No. 00–1179. HARRISON *v.* KAINRAD, JUDGE, COURT OF COMMON PLEAS OF OHIO, PORTAGE COUNTY. C. A. 6th Cir. Certiorari denied.

No. 00–1197. M. S., ON BEHALF OF S. S., HIS MINOR CHILD *v.* BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF YONKERS. C. A. 2d Cir. Certiorari denied.

No. 00–1198. CAYETANO, GOVERNOR OF HAWAII, ET AL. *v.* CHEVRON U. S. A. INC. C. A. 9th Cir. Certiorari denied.

No. 00–1202. CITY OF TALLAHASSEE *v.* EDWARDS. C. A. 11th Cir. Certiorari denied.

No. 00–1205. WEBB ET AL. *v.* BOARD OF TRUSTEES OF BALL STATE UNIVERSITY ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–1207. ANTONIO C. (ANONYMOUS) *v.* DEPARTMENT OF SOCIAL SERVICES OF NEW YORK, COUNTY OF NASSAU, ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 00–1208. NELSON, INDIVIDUALLY AND ON BEHALF OF HIS MINOR CHILD, NELSON *v.* NOTTO & HILLIARD CONTRACTING SERVICES, INC., ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 00–1215. LUTTRELL *v.* WILSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–1222. JONES *v.* PENNSYLVANIA MINORITY BUSINESS DEVELOPMENT AUTHORITY ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–1236. GREENE ET UX. *v.* FIRST BANK ET AL. Ct. App. N. C. Certiorari denied.